**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ELIAS MAKERE,

          Plaintiff,

v.    Case No.: 3:24-cv-189-WWB-SJH

STANDARD INSURANCE COMPANY
and BEN WACKER,

          Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 57). United States Magistrate Judge Samuel J. Horovtiz issued a Report and Recommendation (Doc. 58), in which he recommends that the Motion be denied.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 58) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 57) is **DENIED**.
3. The Clerk is directed to notify the Court of Appeals of this Order in accordance with Federal Rule of Appellate Procedure 24(a)(4).

**DONE AND ORDERED** in Jacksonville, Florida on January 28, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
justice.actuarial@gmail.com